**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Sobando Ester Bogans, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-1911-MSN-IDD |
| | ) | |
| | ) | |
| Marco Rubio, et al., | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on October 21st, 2026, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants and against the Plaintiff.

LAURA GRIFFIN, CLERK OF COURT

By: /s/
L. Creek
Deputy Clerk

Dated: October 22, 2026
Alexandria, Virginia